**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. <u>11-52519</u> |
|    Mark Pope | ) | |
| | ) | Judge: <u>CALDWELL</u> |
| | ) | |
| Debtor | ) | Chapter: 13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:    Debtor;    Mark Pope


FORMER ADDRESS:                      3605 Cypress Club Way
                                                                Columbus, OH 43219

NEW ADDRESS:                            5306 Seisher Rd.
                                                                Columbus, OH 43213

DATE: Wednesday, October 28, 2015        */s/ Michael A. Cox*
                                                                            Michael A. Cox (0075218)
                                                                            Attorney for Debtor
                                                                            Guerrieri & Cox
                                                                            2500 North High Street, Ste. 100
                                                                            Columbus, OH 43202
                                                                            (614) 267-2871

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the U.S. Trustee on Wednesday, October 28, 2015.

                                                                                        */s/ Michael A. Cox*
                                                                                        Michael A. Cox (0075218)
                                                                                        Attorney for Debtor